**State of Minnesota**

County

Hennepin

(Vsan Lloy)

Plaintiff

**District Court**

Judicial District: _____
Court File Number: _____
Case Type: _____

vs

**Civil Complaint**

TD Bank USA NA CO Target

Defendant Enterprise Inc

The Plaintiff makes the following complaints against the Defendant:

If you have more than 1 complaint against Defendant, list each complaint separately, including any supporting facts. See typed up complaint.

1. FRAUD- Defendants supplied credit reports with false information about Lloyd. Failed to validate/verify debt after Lloyd sent them certified letters. Using illegal and unauthorized 3rd parties to collect from Lloyd.

2. Breach of Contract. Using unauthorized 3rd parties to collect debt. Cannot validate/verify debt.

3. FDCPA/FCRA - Failed to respond to validation letters sent March 2022, provided false info to Equifax, Transunion, Experian. Used unauthorized 3rd parties to collect debt. Left Lloyd homeless and destroyed Lloyd's credit rating.

4. Violations of Unfair Trade - Failed to verify debt. Tried to collect with unauthorized and illegal 3rd party. Emotional distress, punitive damages, etc.

5. For any other relief the court feels is fair and equitable.

Based on the complaints above, Plaintiff demands the following relief:

1. 1000.00 in damages for every violation of law.

2. Emotional and punitive 3X damages.

3. Forced education on Defendants so they learn the laws. Defendant has told Lloyd they do not know debt collection laws.

4. Total damages in excess $ 25000.00

*Add another page if more space is needed. Do not use the back of the paper.*

## ACKNOWLEDGMENT

By presenting this form to the court, I certify that to the best of my knowledge, information, and belief, the following statements are true. I understand that if a statement is not true, the court can order a penalty against me (such as to pay money to the other party, pay court costs, and/or other penalties).

1. The information I included in this form is based on facts and supported by existing law.

2. I am not presenting this form for any improper purpose. I am not using this form to:
   a. Harass anyone;
   b. Cause unnecessary delay in the case; or
   c. Needlessly increase the cost of litigation.

3. No judicial officer has said I am a frivolous litigant.

4. There is no court order saying I cannot serve or file this form.

5. This form does not contain any "restricted identifiers" or confidential information as defined in Rule 11 of the General Rules of Practice (https://www.revisor.mn.gov/court_rules/gp/id/11/) or the Rules of Public Access to Records of the Judicial Branch (https://www.revisor.mn.gov/court_rules/rule/ra-toh/).

6. If I need to file "restricted identifiers," confidential information, or a confidential document, I will use Form 11.1 and/or Form 11.2, as required by Rule 11.

Date 8/4/22

Signature

Name: Susan Lloyd
Address: 924 E. Man St # 101
City, State, Zip: Mt Joy PA 12552
Telephone: 213 321 9999
E-mail: somno7575@yahoo.com

IN THE COURT OF COMMON PLEAS

HENNEPIN COUNTY, MN

Susan Lloyd,

929 E Main St #101                              Case

Mt Joy, PA 17552

    Plaintiff                              Judge

V

TD BANK USA NA CO TARGET ENTERPRISE INC

7000 TARGET PARKWAY NORTH

MAIL STOP NCD

BROOKLYN PARK, MN 55445

**LLOYDS COMPLAINT FOR FRAUD, BREACH OF CONTRACT, VIOLATIONS OF FAIR DEBT COLLECTIONS PRACTICES ACT, VIOLATIONS OF FAIR CREDIT REPORTING ACT, VIOLATIONS OF UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW, INTENTIONAL AND OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

    **PARTIES**

1. Plaintiff is a resident of Lancaster County, PA at all times

2. Defendant TD BANK USA NA CO TARGET ENTERPRISE INC is servicer/owner/manager of Target Red Crad credit card

    **JURISDICTION**

Filed in District Court
State of Minnesota
8/5/2022 9:08 AM

3.    This court has jurisdiction as the Defendants main headquarters is located in Hennepin County, MN and Lloyds damages exceed 25,000.00

**FACTS**

4. On or about February 1, 2016, Lloyd opened a credit card with Defendant.

5. Lloyd has received nothing from Defendant since on or about June 2018. Lloyd claims her balance is zero.

6. On or about July 2019, Defendant listed on Lloyds credit report that Lloyd was late and eventually charged off the debt on or about October 2019. Defendant has failed to notify Lloyd of any of this information and is attempting to collect 1800.00 from Lloyd.

7.    On or about July 2019, Lloyd attempted to purchase a house and ended up homeless for 2 plus years as a result of Defendant causing severe damage to Lloyds excellent credit rating.

8. On or about June 3, 2021, Defendant filed a lawsuit against Lloyd in Cuyahoga County, OH.  That case was dismissed in Lloyds favor on July 12, 2021 as Lloyd was not a resident of Ohio and did not live at the address Defendant attempted to serve her at for SEVEN years.

Filed in District Court
State of Minnesota
8/5/2022 9:08 AM

9.  On or about March 15, 2022, Lloyd sent Defendant a validation/verification of the debt which they have listed on Lloyds credit report but they have failed to respond.

10. Since at least January 2021, Defendant has illegally used Javitch Block from the state of Ohio to attempt to collect money from Lloyd illegally. Javitch Block is unable to collect money from a resident of PA.  Defendant knew since July 2021 that Lloyd was not a resident of Ohio and yet continued to illegally collect money from Lloyd in Ohio anyways.

11.  Defendant knows they have caused Lloyd severe financial harm and continue to do so anyways.  Lloyd has asked them to remove all negative information from her credit report and Defendant refuses to do so. Lloyd has attempted since March 2022 to settle this out of court and all attempts have failed.  Lloyd tried to get this debt settled as late as August 5, 2022 at 830 am when Target Red Card Representative Isabella told Lloyd she does not know the law in regards to debt collections and then hung up on Lloyd. Defendant has backed Lloyd into a wall and has forced Lloyd to sue them in court.

**COUNT I- FRAUD**

Filed in District Court
State of Minnesota
8/5/2022 9:08 AM

Lloyd repeats all of the above and includes but not limited to the following:

12.  Defendants supplied Equifax, Experian, and TransUnion with false information about Lloyd and never told Lloyd this negative information.  They did this in an attempt to collect almost 2000.00 from Lloyd which they cannot validate/and or verify.  When Lloyd asked Defendant via certified mail to validate/verify this debt, they have failed to respond even though they received these letters on or about March 21, 2022. When Lloyd asked them in phone calls to validate/verify the debt they claim Lloyd owes, they act as if they dont know what validation/verification of debt means.

13.  Defendant is using an illegal third party Javitch Block to attempt to collect almost 2000.00 from Lloyd. Javitch Block is not licensed to collect debt from a resident of PA.  Lloyd has asked Defendnat to help her with this debt multiple times and each time they refer Lloyd back to Javitch Block even though they know Javitch Block is not allowed to collect debt from a PA resident.

14.Defendant continues to cause severe financial injury to Lloyd and continues to attempt to collect

Filed in District Court
State of Minnesota
8/5/2022 9:08 AM

almost 2000.00 from Lloyd even though Lloyd disputes owing Defendant anything.  Lloyd has received nothing from Defendant since 2018.  Lloyd has not had possession of this card since early 2019.

15. Defendant knew they were committing fraud by using an unauthorized third party to attempt to collect from Lloyd and by attempting to collect 2000.00 from Lloyd that they cannot validate and/or verify.

16. Defendants actions were willful, wanton, reckless, outrageous thereby justifying punitive and treble damages.  Defendant committed fraud for the sole purpose of financial gain.  If Lloyd would have known Defendant would commit fraud, she never would have used their services. Therefore, Lloyd suffered actual financial loss, homelessness, punitive damages, very poor credit rating,  emotional distress, attorneys fees, court costs as a result and should be awarded greater than 25,000.00

**II. BREACH OF CONTRACT**

Lloyd repeats all of the above and includes but not limited to the following:

17.  There is nothing in Lloyds contract with Defendant that states they can use an illegal

unauthorized third party such as Javitch Block to collect the debt. Therefore, contract for Lloyds credit card should be voided and Lloyd should owe Defendant nothing due to their own breach of their own contract.

Lloyd should be awarded damages for this claim. Lloyd suffered severe financial loss, severe credit rating damage, homelessness, punitive damages, emotional distress, attorneys fees and court costs and should be awarded in excess of 25,000.00

**COUNT III- VIOLATIONS OF FAIR DEBT COLLECTIONS PRACTICES ACT**

Lloyd repeats all of the above and includes but not limited to the following:

18. Defendants violated FDCPA by failure to respond to Lloyds validation/verification letters sent on March 15, 2022 via certified mail which were received by Defendant on or about March 21, 2022. Defendants also continues to attempt to collect a debt not owed by having it on Lloyds credit report. By having it on the credit report, this is Defendant way of trying to collect the debt. Defendant has failed to respond to

Filed in District Court
State of Minnesota
8/5/2022 9:08 AM

Lloyds certified letters in regards to validation verification of debt

19. Defendant also has engaged in illegal and unethical communication tactics with Lloyd attempting to collect 2000.00 from Lloyd using an unauthorized illegal third party who is only allowed to collect from Ohio residents when Defendant knew Lloyd was not in the State of Ohio. Defendant acts confused or fails to respond in Lloyds attempts to get them to validate/verify any of the debt they state Lloyd owes. Lloyd has been given a run around now for several months with no resolution in sight so Lloyd has no choice but to pursue legal action.

20. Defendant is also trying to collect an amount greater than what is owed. Lloyd contends she owes zero to Defendant. Defendant breached their own contract with Lloyd as stated above.

21. Defendant knows they caused Lloyd great financial injury and emotional distress by leaving Lloyd homeless for over 2 years and still fail to follow any laws. Defendant has failed to respond and continues to severely damage Lloyds credit rating and continues to try to collect 2000.00 from Lloyd on a debt they cannot validate/verify.

Therefore, Lloyd suffered financial loss, homelessness, emotional distress, punitive damages, attorneys fees and court costs in regards to this matter.  Lloyd is asking for damages in excess of 25,000.00 for this claim

**COUNT IV- VIOLATIONS OF FAIR CREDIT REPORTING ACT**

Lloyd repeats all of the above and includes but not limited to the following:

22. Defendant fails to validate/verify debt they say Lloyd owes and are attempting to collect 2000.00 from Lloyd.  Lloyd disputes owing Defendant anything.  They also failed to notify Lloyd when they supplied negative information to equifax, transunion and experian about Lloyd and they fail to remove this false information about Lloyd.  Defendant has never properly investigated Lloyds complaints in regards to these issues and have never took appropriate action by fixing their errors as required by law. Defendant knows they took illegal action against Lloyd and yet fails to correct this and still continues to attempt to collect almost 2000.00 from Lloyd.  Defendant continues to state Lloyd owes them 2000.00 for a debt they cannot validate and/or verify.

Therefore as a result of Defendant, Lloyd suffered financial loss,homelessness, emotional distress,

attorneys fees, court costs.   Lloyd should be awarded in excess of 25,000.00 for this claim

## COUNT V –VIOLATIONS OF UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW

Lloyd repeats all of the above and includes but not limited to the following:

23.  Defendant is trying to get Lloyd to pay them almost 2000.00 when they have failed to validate/verify any of the debt with Lloyd.  Lloyd disputes owing Defendant anything.  They failed to respond to validation/verification letters Lloyd sent them via certified mail in March 15, 2022 which they received on or about March 21, 2022.  When Lloyd asked them to remove the debt for their failure to be able to validate/verify the debt, they refuse to respond and keeps insisting Lloyd owes them almost 2000.00.

24. Defendant also act as if they have no idea what validation/verification of a debt means. Defendant knows by having inaccurate information on Lloyds credit report, they are causing Lloyd severe financial harm and in fact have caused Lloyd to be homeless for over 2 years as a direct result. DEfendant behavior is willful, malicious and with reckless disregard of

Lloyd. Defendant is intentionally giving Lloyd the run around so her credit is further damaged, she has no stable housing and is causing Lloyd severe financial distress (Lloyd made them aware of all of this multiple times). They continue to act maliciously towards Lloyd anyways.

25. Defendant also continues to use illegal and unauthorized third parties to collect almost 2000.00 from Lloyd.

Therefore, Lloyd is asking for treble damages, emotional distress, punitive damages, attorneys fess and court costs for this claim. Lloyd should be awarded in excess of 25,000.00 for this claim.

**COUNT VI-INTENTIONAL AND/OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

LLoyd repeats all of the above and includes but not limited to the following:

26. Defendant knew or should have known they were causing lloyd intentional and/or negligent infliction of emotional distress by causing great harm to Lloyds credit after failing to validate/verify the debt with Lloyd, by trying to collect 2000.00 from Lloyd without any proof Lloyd owes them any money, by damaging

Lloyds credit to the point Lloyd was homeless for 2 years as a direct result.

Defendant actions were willful, wanton, intentional with reckless disregard for Lloyd.

Therefore, Lloyd is asking for financial damages, emotional distress, punitive damages, attorneys fees and court costs  in an amount in excess of 25,000.00 for this claim.

## CONCLUSION

27. Defendant maliciously, purposefully and willfully and intentionally violated Lloyds Federal and State Rights to all causes of action.  As a direct result of Defendant, Lloyd suffered actual financial losses, emotional distress,homelessness, treble damages, punitive damages,  attorneys fees, court costs.  Lloyd is asking this court to award her in excess of 25,000.00 and to make Defendant remove all negative information from her credit report as it was placed there without Lloyds knowledge.

Breakdown of Lloyds damages include:

1. Actual damages of 1000.00 per each violation of the law.

Filed in District Court
State of Minnesota
8/5/2022 9:08 AM

2. Emotional and Punitive damages 3 times actual damages to Lloyd.

3. 10,000.00 fine for trying to collect on a debt they have failed to validate/verify despite Lloyds sending them certified letters and for using an unauthorized illegal third party to attempt to collect 2000.00 from Lloyd.  Defendant has either failed to respond or acted as if they have no idea what it means to validate/verify debt

4. Forced education on Defendant and all of their employees so they understand what validation/verification of debt is and and other laws in regards to debt collection.

5. Total damages awarded to Lloyd in excess of 25,000.00.

Susan Lloyd

/s/ Susan Lloyd

929 E Main St #101

Mt Joy, PA 17552

I verify that all the statements above are true and accurate to the best of my knowledge and belief.