US DISTRICT COURT

DISTRICT OF MINNESOTA

Susan Lloyd,

929 E Main St #101                          Case 2:22-cv-02421

Mt Joy, PA 17552

    Plaintiff                                Judge Frank

V

TD BANK USA NA CO TARGET ENTERPRISE INC

7000 TARGET PARKWAY NORTH

MAIL STOP NCD BROOKLYN PARK, MN 55445

RECEIVED BY MAIL
DEC 27 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Target Corporation

7000 Target Parkway North

Mail Stop NCD

Brooklyn Park, MN 55445

**LLOYDS FIRST AMENDED COMPLAINT FOR AMERICANS WITH DISABILITIES ACT, FRAUD, BREACH OF CONTRACT, VIOLATIONS OF FAIR DEBT COLLECTIONS PRACTICES ACT, VIOLATIONS OF FAIR CREDIT REPORTING ACT, VIOLATIONS OF UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW, INTENTIONAL AND OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

 **PARTIES**



SCANNED
DEC 27 2022
U.S. DISTRICT COURT MPLS

1. Plaintiff is a resident of Lancaster County, PA at all times

2. Defendant TD BANK usa na co Target enterprise inc is servicer/owner/manager of Target Red Crad credit card

3. Defendant Target Corporation owns/manages stores known as Target across America.

**JURISDICTION AND VENUE**

4. Plaintiff claims Federal Jurisdiction pursuant to Article III. Federal Laws were violated and the amount in controversy exceeds 75,000.00. This court has jurisdiction over this action pursuant to 28 USC 1331 and 1343 (a)(4). This court has personal jurisdiction over Defendants because they conduct a significant amount of business and are headquartered in Minnesota. Venue is proper pursuant to 28USC1391(b)(1)as this court has personal jurisdiction over Defendants.

**FACTS**

5. Lloyd is a persons with disabilities under the American with Disabilities Act. Lloyd uses a mobility scooter due to her disabilities.

6. Defendants have an obligation to have their Target stores accessible as required under the American with

Disabilities Act.   Defendants do not have their
stores in Lancaster, PA, Streetsboro Ohio or Aurora
Ohio accessible as required under the ADA.   As a
result, Lloyd is unable to enjoy and have full access
of the stores as a non disabled guest would.
Defendants have their mobility scooters non accessible
as they plug them in to charge in places that disabled
guests are not able to access.   Defendants have their
aisles blocked on a routine basis where it is
impossible to access them with a mobility scooter.
Lloyd has contacted Target corporate on many occasions
and store managers in regards to this issue but they
remain. Defendants have displays and merchandise
stacked in aisles making them inaccessible to Lloyd on
a mobility scooter.  Lloyd is unable to shop for
clothing at Defendants stores due to the blockage of
aisles by clothing racks also. The ADA prohibits
discrimination based on a persons disability in places
of public accommodation.  Target is a place of public
accommodation.  Despite knowledge of their stores
inaccessibility, Defendants refuse to fix this system
wide issue

7. Furthermore, Lloyd took out a Target credit card in
2016 when she purchased a house.  She paid the card in

full by late 2018.    Defendants have destroyed Lloyds

excellent credit rating by having false information on

Lloyds credit reports and refusing to remove it.

This has caused Lloyd to be homeless from 2019 (after

lloyd sold her house) through 2022.

8. Lloyd has received nothing from Defendant since on

or about June 2018. Lloyd claims her balance is zero.

9. On or about July 2019, Defendant listed on Lloyds

credit report that Lloyd was late and eventually

charged off the debt on or about 2019.  Defendant has

failed to notify Lloyd of any of this information and

is attempting to collect 1800.00 from Lloyd.

10.  On or about July 2019, Lloyd attempted to

purchase another house (selling hers in 2018) and

ended up homeless for 2 plus years as a result of

Defendant causing severe damage to Lloyds excellent

credit rating.

11.  On or about March 15, 2022, Lloyd sent Defendants

a validation/verification of the debt which they have

listed on Lloyds credit report but they have failed to

respond.  They received this letter on or about March

21, 2022.

12. Defendant have illegally used an Ohio debt

collector, Javitch Block,  who is not authorized to

collect money from Lloyd.  In fact, Defendants sued
Lloyd in Cuyahoga County Ohio and the case was
dismissed in Lloyds favor as they sued Lloyd in the
wrong venue as Lloyd is not an Ohio resident since
2018.

13.  Defendants know they have caused Lloyd severe
financial harm and continue to do so anyways.  Lloyd
has asked them to remove all negative information from
her credit report and Defendants refuse to do so.
Lloyd has attempted since March 2022 to settle this
out of court and all attempts have failed.  Lloyd
tried to get this debt settled as late as filing of
this case to no avail. Defendant has backed Lloyd into
a wall and has forced Lloyd to sue them in court.

**COUNT 1 AMERICAN WITH DISABILITIES ACT**

Lloyd repeats all of the above and includes but not
limited to the following:

14. Lloyd is a person with disabilities under the ADA
and rides a mobility scooter to manage her
disabilities.  Defendants Target stores are required
under the ADA to be accessible.  Defendants stores are
not accessible throughout the United States including
stores in Streetsboro, Ohio, Aurora, Ohio, and
Lancaster, PA.  Lloyd has contacted Defendants and

their store managers in regards to this issue since 2016 to no avail.  As a result of the inaccesibility of the stores, Lloyd cannot use them to the fullest extent and cannot enjoy them like a nondisabled guest. Defendants have mobility scooters plugged in between shopping carts and the wall where Lloyd cannot access them and must ask for help and most of the employees are unable to access the carts due to the location of them and in fact the one employee in Lancaster PA suffered back pain after trying to unplug the scooter for Lloyd.  Defendants have large displays and merchandise blocking the aisles where they are not accessible to Lloyd.  Despite Lloyd telling Defendants about these issues, they remain as of today and Lloyd is not able to enjoy the stores and most of the store is blocked off from Lloyd such as clothing racks, food aisles, baby aisles, etc.  Due to the inaccessible Target stores, LLoyd either cannot shop there at all or finds it extremely difficult to shop there. Defendants are violating the ADA by not having their stores accessible as required under the law. Defendants knew their stores are inaccessible since at least 2016 and have done nothing to solve the system wide problem. As a result, Lloyd suffered injury.

LLoyd should be awarded in excess of 75,000.00 for this claim including actual damages, emotional distress, punitive damages and Defendants should be forced to comply with the ADA law and make all of their stores accessible.

**COUNT II- FRAUD**

Lloyd repeats all of the above and includes but not limited to the following:

15.  Defendants supplied Equifax, Experian, and TransUnion with false information about Lloyd and never told Lloyd this negative information.  They did this in an attempt to collect 1800.00 from Lloyd which they cannot validate/and or verify. Defendants knew they were supplying false information about Lloyd to the credit bureaus but did so anyways.  When Lloyd asked Defendant via certified mail to validate/verify this debt, they have failed to respond even though they received these letters on or about March 21, 2022. When Lloyd asked them in phone calls to validate/verify the debt they claim Lloyd owes, they act as if they dont know what validation/verification of debt means.  Lloyd has tried numerous times to settle this out of court to no avail.  Defendants have even caused prejudice to Lloyd hiring an attorney for

this matter.  On or about December 14  2022, Lloyd
contacted Defendants attorney and asked him to supply
Lloyd with all documents for this matter as an
attorney wanted to see them.  Defendants refused to
supply these documents so Lloyd lost the opportunity
to hire an attorney.   Lloyd and this lawfirm she
wanted to hire contacted Defendants on or about
December 16, 2022.  They were unable to verify that
Lloyd owes them any money at all.  Defendants continue
to attempt to collect 1800.00 from Lloyd and destroy
Lloyds credit rating for debt they are unable to
verify even when an attorney Lloyd is trying to hire
calls them.

17.  Defendant is using an illegal third party Javitch
Block to attempt to collect almost 1800.00 from Lloyd.
Defendants falsely allowed third parties to collect
debt from Lloyd.   Defendants never informed Lloyd
they will use third parties to collect debt from
Lloyd.   Lloyd relied on this information that
Defendants would not use third parties to collect debt
and it was reasonable for her to do so.  Defendants
then used a third party unauthorized to collect debt
from lloyd and caused Lloyd injury.   In fact, this
third party sued Lloyd in court (costing Lloyd time

and money to respond) and the case was dismissed in
lloyds favor. As a result, Lloyd suffered injuries.
Lloyd has asked Defendants to help her with this debt
multiple times and each time they refer Lloyd back to
Javitch Block who has told Lloyd they are unauthorized
to collect debt from a person in PA.  Defendants know
Lloyd is in PA as their lawsuit against Lloyd in Ohio
was dismissed in Lloyds favor as they sued Lloyd in
the wrong state.  They continue to attempt to
fraudulently collect 1800.00 from Lloyd anyways.
Javitch Block told Lloyd on numerous occasions they
cannot collect money from Lloyd in PA and yet
Defendants continue to attempt to use them anyways to
collect money from Lloyd.

18.Defendants continue to cause severe financial
injury to Lloyd and continue to attempt to collect
1800.00 from Lloyd even though Lloyd disputes owing
Defendants anything.   Lloyd has received nothing from
Defendants since 2018 when she asserts her balance is
zero.  Lloyd has not had possession of this card since
early 2019.

19. Defendants knew they were committing fraud by
using an unauthorized third party to attempt to
collect from Lloyd and by attempting to collect

1800.00 from Lloyd that they cannot validate and/or verify and yet they continue to do so anyways.

20. Defendants actions were willful, wanton, reckless, outrageous thereby justifying punitive and treble damages. Defendant committed fraud for the sole purpose of financial gain. Defendants knew they were committing fraud. If Lloyd would have known Defendant would commit fraud, she never would have used their services. Therefore, Lloyd suffered actual financial loss, homelessness, punitive damages, very poor credit rating, emotional distress, attorneys fees, court costs as a result and should be awarded greater than 75,000.00

## III. BREACH OF CONTRACT

Lloyd repeats all of the above and includes but not limited to the following:

21. There is nothing in Lloyds contract with Defendants that states they can use an unauthorized third party such as Javitch Block to collect the debt. Defendants broke their contractual promises with Lloyd and failed to perform their contractual duties. Therefore, contract for Lloyds credit card should be

voided and Lloyd should owe Defendant nothing due to their own breach of their own contract.

Lloyd should be awarded damages for this claim.  Lloyd suffered severe financial loss, severe credit rating damage, homelessness, punitive damages, emotional distress, attorneys fees and court costs and should be awarded in excess of 75,000.00

## COUNT IV- VIOLATIONS OF FAIR DEBT COLLECTIONS PRACTICES ACT

Lloyd repeats all of the above and includes but not limited to the following:

22. Defendants violated FDCPA by failure to respond to Lloyds validation/verification letters sent on March 15, 2022 via certified mail which were received by Defendant Best Buy/CBNA on or about March 21, 2022. Defendants have never sent Lloyd any documents ever since 2018 and are unable to verify that Lloyd owes them any money at all even when an attorney calls them on Lloyds behalf.  All Defendants continue to attempt to collect a debt not owed by having it on Lloyds credit report and causing Lloyd severe financial injury.  By having it on the credit report, this is Defendants way of trying to collect the debt.

Defendants have failed to respond to Lloyds certified letters and emails in regards to validation verification of debt including emails sent to their attorney. Defendants have even caused Lloyd prejudice in hiring an attorney for this matter as they refused to give Lloyd any documents since 2018.

23. Defendants also have engaged in illegal and unethical communication tactics with Lloyd attempting to collect 1800.00 from Lloyd using an unauthorized third party Javitch Block. In fact, Defendants sued Lloyd over this debt and the case was dismissed in Lloyds favor. Defendants act confused or fail to respond in Lloyds attempts to get them to validate/verify any of the debt they state Lloyd owes. Lloyd has been given a run around now since February 2022 with no resolution in sight so Lloyd has no choice but to pursue legal action.

24. Defendants are also trying to collect an amount greater than what is owed. Lloyd contends she owes zero to Defendants. Defendants breached their own contract with Lloyd as stated above.

25.Defendants knows they caused Lloyd great financial injury and emotional distress by leaving Lloyd homeless for over 2 years and still fail to follow any

laws.  Lloyd told them she was homeless due to them
and they still refuse to correct Lloyds credit report.
Defendants have failed to respond and continue to
severely damage Lloyds credit rating and continue to
try  to collect 1800.00 from Lloyd on a debt they
cannot validate/verify.

Therefore, Lloyd suffered financial loss, homelessness,
emotional distress, punitive damages, attorneys fees and court
costs in regards to this matter.  Lloyd is asking for damages in
excess of 75,000.00 for this claim

### COUNT V- VIOLATIONS OF FAIR CREDIT REPORTING ACT

Lloyd repeats all of the above and includes but not limited to
the following:

26. Defendants failed to validate/verify debt they say
Lloyd owes and are attempting to collect 1800.00 from
Lloyd.  Lloyd disputes owing Defendants anything.
Lloyd disputed this information with the consumer
reporting agencies.   Defendants were made aware of
this dispute from Lloyd and the consumer reporting
agencies in April 2022.   Defendants still failed to
correct Lloyds credit reports as of filing of this
amended complaint.  They also failed to notify Lloyd
when they supplied negative information to equifax,
transunion and experian about Lloyd and they fail to

remove this false information about Lloyd.  Defendants
have never properly investigated Lloyds complaints in
regards to these issues and have never took
appropriate action by fixing their errors as required
by law. Defendants know they took illegal action
against Lloyd and yet failed to correct this and still
continue to attempt to collect almost 1800.00 from
Lloyd.  Defendants continue to state Lloyd owes them
1800.00 for a debt they cannot validate and/or verify
and on a debt that they sued Lloyd for and the case
was dismissed in Lloyds favor.

 Therefore as a result of Defendant, Lloyd suffered
financial loss,homelessness, emotional distress,
attorneys fees, court costs.   Lloyd should be awarded
in excess of 75,000.00 for this claim


**COUNT VI –VIOLATIONS OF UNFAIR TRADE PRACTICES AND CONSUMER
PROTECTION LAW**

Lloyd repeats all of the above and includes but not limited to
the following:

27.  Defendants are trying to get Lloyd to pay them
1800.00 when they have failed to validate/verify any
of the debt with Lloyd. A person engages in unfair
trade when they do anything that causes likelihood of

confusion or misunderstanding as to source,
sponsorship, approval or certification of goods or
services.    Lloyd disputes owing Defendants anything.
They failed to respond to validation/verification
letters Lloyd sent them via certified mail in March
15, 2022 which they received on or about March 21,
2022.  Defendants refuses to respond to any letter or
email Lloyd sent in regards to debt validation or any
verbal request. When Lloyd asked them to remove the
debt for their failure to be able to validate/verify
the debt, they refuse to respond and keeps insisting
Lloyd owes them almost 1800.00 even after they sued
Lloyd and the case was dismissed in Lloyds favor.
28. Defendants also act as if they have no idea what
validation/verification of a debt means. Defendants
know by having inaccurate information on Lloyds credit
report, they are causing Lloyd severe financial harm
and in fact have caused Lloyd to be homeless for over
2 years as a direct result. Defendants behavior is
willful, malicious and with reckless disregard of
Lloyd.  Defendants are intentionally giving Lloyd the
run around so her credit is further damaged, she has
no stable housing and is causing Lloyd severe
financial distress (Lloyd made them aware of all of

this multiple times).  They continue to act maliciously towards Lloyd anyways.  Defendants have caused confusion to Lloyd by trying to collect on a debt using an unauthorized third party Javitch Block and on a debt that Lloyd does not owe.  Lloyd also asserts that Defendants have caused a misunderstanding by trying to use unauthorized Javitch Block to collect on a debt when there is nothing in contract with Lloyd stating that they can use a third party collector. Defendants also have used deception to try to collect on a debt Lloyd does not owe.   Defendants have also created confusion and misunderstanding by not having their stores accessible in 2022 as required under the ADA.

29. Defendants also continues to use unauthorized third parties to collect 1800.00 from Lloyd. Therefore, Lloyd is asking for treble damages, emotional distress, punitive damages, attorneys fess and court costs for this claim.  Lloyd should be awarded in excess of 75,000.00 for this claim.

**COUNT VII-INTENTIONAL AND/OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

LLoyd repeats all of the above and includes but not limited to the following:

30. Defendants knew or should have known they were causing lloyd intentional and/or negligent infliction of emotional distress by causing great harm to Lloyds credit after failing to validate/verify the debt with Lloyd, by trying to collect 1800.00 from Lloyd without any proof Lloyd owes them any money, by damaging Lloyds credit to the point Lloyd was homeless for 2 years as a direct result and by having their stores inaccesible. Defendnats conduct is extreme, outrageous, intentional reckless and caused severe emotional distress to Lloyd. Lloyd suffered chest pains and shortness of breath as Defendants stores are not accessible and Lloyd suffered chest pains, lack of sleep and other physical manifestations after being left homeless due to Defendants conduct. Lloyd feared for her safety being homeless due to Defendants conduct and Defendants continue their conduct even after being made aware their falsifying information to the credit bureaus have caused Lloyd to be homeless for 2 plus years.

Defendants actions are willful, wanton, intentional with reckless disregard for Lloyd.

Therefore, Lloyd is asking for financial damages, emotional distress, punitive damages, attorneys fees and court costs  in an amount in excess of 75,000.00 for this claim.

## CONCLUSION

31. Defendants maliciously, purposefully and willfully and intentionally violated Lloyds Federal and State Rights to all causes of action.  As a direct result of Defendants, Lloyd suffered actual financial losses, ascertainable monetary losses, emotional distress,homelessness, treble damages, punitive damages,  attorneys fees, court costs.  Lloyd is asking this court to award her in excess of 75,000.00 and to make Defendant remove all negative information from her credit report as it was placed there without Lloyds knowledge and Lloyd does not owe Defendants any money.

Breakdown of Lloyds damages include:

1. Actual damages of 1000.00 per each violation of the law.

2. Emotional and Punitive damages 3 times actual damages to Lloyd.

3. 10,000.00 fine for trying to collect on a debt they have failed to validate/verify and for using an unauthorized illegal third party to attempt to

collect 1800.00 from Lloyd.  Defendants have
either failed to respond or acted as if they have
no idea what it means to validate/verify debt

4. Forced education on Defendants and all of their
employees so they understand what
validation/verification of debt is and and other
laws in regards to debt collection.

5. Total damages awarded to Lloyd in excess of
75,000.00.

6. Ensuring all their target stores are accessible
for Lloyd.

Susan Lloyd

/s/ Susan Lloyd
929 E Main St #101
Mt Joy, PA 17552

VERIFICATION

I, Susan Lloyd, know the penalty of perjury due
State that all the above facts are true to the best
Of my knowledge and belief.   Susan Lloyd